# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0024.  CONTRAVIOUS GRIER v. THE STATE.**

Contravious Grier was convicted of rape and other crimes.  Following the denial of his motion for new trial, Grier appealed to this Court, and we affirmed his convictions.  *Grier v. State*, 290 Ga. App. 59 (658 SE2d 827) (2008).  Grier later filed an extraordinary motion for new trial, which the trial court denied.  He then appealed directly to the Supreme Court, which transferred the case here.  However, an order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*